UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**BRIAN COLELLA and PATRICIA PIERCE-COLELLA,**

    **Plaintiffs,**

v.   Case No: 5:25-cv-428-JLB-PRL

**HONORABLE STEVEN G. ROGERS, FIRST FEDERAL BANK OF KANSAS CITY, and BROCK & SCOTT, PLLC,**

    **Defendants.**

## ORDER

This cause comes before the Court on the *pro se* Plaintiffs' Motion to Accept Hand Delivered Response filed on August 14, 2025. (Doc. 11). In their filing, which is styled as a motion, Plaintiffs state that they mistakenly submitted case documents with the clerk's office in the Fort Myers Division instead of the Ocala Division. (*See id*. at p. 1). As litigants without a lawyer, Plaintiffs contend that they were only recently informed on August 14, 2025, that they should be submitting their case documents with the clerk's office in the Ocala Division and not the Fort Myers Division. (*See id*.).

Plaintiffs are advised that the Court entered an Order for Pro Se Litigants (Doc. 3) on July 9, 2025, highlighting some of the commonly applicable rules that *pro se* litigants must follow, including that "everything that [*pro se* litigants] submit for the Court's consideration must be filed through the clerk's office" located at 207 N.W. Second Street, Ocala, Florida 34475 (*see id*. at pp. 1-3). Because Plaintiffs initiated this action by filing their complaint in the Ocala Division (Doc. 1), they must submit their filings in person, by U.S. Mail, or by other

- 2 -

delivery service to the clerk's office in the Ocala Division. Therefore, to the extent Plaintiffs' filing constitutes a motion and they request permission to submit case filings in person or by U.S. mail to the clerk's office in this division, the Court will grant the motion.

While Plaintiffs are proceeding *pro se*, they are still required to comply with this Court's Orders (including its Order for Pro Se Litigants), the Local Rules, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. Moreover, resources and information related to proceeding in court without a lawyer, including a handbook entitled "Guide for Proceeding Without a Lawyer," can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm).

Accordingly, upon due consideration, Plaintiffs' Motion to Accept Hand Delivered Response (Doc. 11) is **GRANTED** to the extent that it constitutes a motion.

**DONE** and **ORDERED** in Ocala, Florida on August 20, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties