UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**BRIAN COLELLA and PATRICIA PIERCE-COLELLA,**

    **Plaintiffs,**

v.                                                     Case No: 5:25-cv-428-JLB-PRL

**HONORABLE STEVEN G. ROGERS, FIRST FEDERAL BANK OF KANSAS CITY, and BROCK & SCOTT, PLLC,**

    **Defendants.**

## ORDER

This cause comes before the Court on the email Plaintiff Brian Colella sent to the undersigned's chambers email account on October 23, 2023. In his email, Mr. Colella states that "[d]ue to urgency of the response requested[,] please find the following response to October 8, 2025 ORDER. I tried filing online[,] but did not receive confirmation [that] the court received my reply." The Court construes this email as a response to the Court's Order to Show Cause (Doc. 16) issued on October 8, 2025.

Plaintiffs are reminded that sending an email to chambers is **improper**. They are once again advised to review this Court's Orders and Local Rules. For instance, in the Court's Order for Pro Se Litigants entered on July 9, 2025, which highlighted some of the commonly applicable rules that *pro se* litigants must follow, it states that "[y]ou may **not** directly correspond with the Court (or any individual judge) in the form of letters or similar documents. Instead, everything that you submit for the Court's consideration must be filed through the clerk's office." (Doc. 2) (bold in original). Additionally, Local Rule 3.01(l)

provides that "[a] party must not use a letter, email, or the like to request relief or to respond to a request for relief." *See* M.D. Fla. Local Rule 3.01(l).

Going forward, the Court will **not** accept any submissions from Plaintiffs by email. To be accepted by the Court, all future submissions to the Court must be filed in person, by U.S. Mail, or by other delivery service to the clerk's office in the Ocala Division.

Accordingly, the Clerk is **directed** to create a new and separate docket entry for Plaintiff Brian Colella's email sent to chambers on October 23, 2023, which the Court construes to be Plaintiffs' response to the Court's Order to Show Cause (Doc. 16). The docket entry shall identify the document as Plaintiffs' response to the Court's Order to Show Cause (Doc. 16). Going forward, the Court will **not** accept any submissions from Plaintiffs by email.

**DONE** and **ORDERED** in Ocala, Florida on November 6, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties