UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRIAN COLELLA and PATRICIA
PIERCE-COLELLA,

      Plaintiffs,

v.                                Case No:  5:25-cv-00428-JLB-PRL

THE HONORABLE STEVEN G.
ROGERS, FIRST FEDERAL BANK
OF KANSAS CITY, and BROCK &
SCOTT, PLLC,

      Defendants.
_____/

## **ORDER**

      The Magistrate Judge has entered a Report and Recommendation (Doc. 18), recommending that this case be dismissed for failure to perfect service pursuant to Federal Rule of Civil Procedure 4(m) and failure to prosecute pursuant to Local Rule 3.10. No party has objected, and the time to do so has expired.

      A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

      Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order for all purposes.

2. This case is **DISMISSED without prejudice** for failure to perfect service pursuant to Federal Rule of Civil Procedure 4(m) and failure to prosecute pursuant to Local Rule 3.10.

3. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and motions and close the file.

**ORDERED** in Ocala, Florida, on December 8, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE